# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LATRIVIA ANN RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CV 81 MTS |
| | ) | |
| U.S. BANK N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a document filed by plaintiff Latrivia Ann Rice that has been construed as a motion for an extension of time. Doc. [5]. On June 4, 2021, the Court directed plaintiff to file an amended complaint within thirty days. Doc. [4]. Though it is not entirely clear, it seems that plaintiff is seeking an extension of time in which to comply with that prior order. As such, the Court will grant the motion, and give plaintiff an additional thirty days from the date of this order in which to file an amended complaint, according to the instructions set forth in the Court's order of June 4, 2021.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to file an amended complaint, Doc. [5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's civil complaint form.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's June 4, 2021 order, Doc. [4].

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's order of June 4, 2021.

**IT IS FURTHER ORDERED** that if plaintiff does not file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's June 4, 2021 order, this case will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon receipt of plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 13th day of July, 2021.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE