## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| LATRIVIA ANN RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CV 81 MTS |
| | ) | |
| U.S. BANK N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by plaintiff Latrivia Ann Rice that has been construed as a second motion for an extension of time. Doc. [9]. On June 4, 2021, the Court directed plaintiff to file an amended complaint within thirty days. Doc. [4]. Since that time, plaintiff has filed a motion for an extension of time to comply, which was granted, and a motion to issue summons, which was denied. In the instant motion, plaintiff seeks thirty additional days to prepare her amended complaint.

Having reviewed the motion, the Court finds that it should be granted. Plaintiff will be given thirty days from the date of this order in which to file an amended complaint, as previously ordered. If plaintiff fails to comply within thirty days, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to file an amended complaint, Doc. [9] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's civil complaint form.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's June 4, 2021 order Doc. [4].

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's order of June 4, 2021.

**IT IS FURTHER ORDERED** that if plaintiff does not file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this order, in accordance with the instructions set forth in the Court's June 4, 2021 order, this case will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon receipt of plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 17th day of September, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE